IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | MAGISTRATE NO.: 09-142 (JMF) |
| | |
| | CRIMINAL NO.: |
| v. | |
| | VIOLATION: |
| | 18 U.S.C. § 2252A(a)(5)(B) |
| JOHN BOUGHTON, | (Possessing Material Constituting |
| | or Containing Child Pornography) |
| Defendant. | |

## INFORMATION

The United States informs the Court that:

### COUNT ONE

On or about October 30, 2008, within the District of Columbia, JOHN BOUGHTON did unlawfully and knowingly possess child pornography, as defined in Title 18, United States Code, Section 2256, that had been mailed, shipped and transported using any means or facility of interstate commerce, and had been mailed, shipped and transported in interstate commerce, by any means, including by computer

(Possessing Material Constituting or Containing Child Pornography, in violation of Title 18, United States Code, Section 2252A(a)(5)(B)).

RESPECTFULLY SUBMITTED,

JEFFREY A. TAYLOR
UNITED STATES ATTORNEY
D.C. Bar Number: 498610

By: _/s/ Emily A. Miller_
Emily A. Miller
D.C. Bar No. 462077
Federal Major Crimes Section
555 Fourth Street, N.W., Fourth Floor
Washington, D.C. 20530
(202) 514-7533
Emily.Miller2@usdoj.gov