IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
APR 17 2009
Clerk, U.S. District and
Bankruptcy Courts

UNITED STATES OF AMERICA : CRIMINAL NO.: 09-087

v.

VIOLATION:
18 U.S.C. § 2252A(a)(5)(B)
(Possessing Material Constituting
or Containing Child Pornography)

JOHN BOUGHTON,

Defendant.

## STATEMENT OF OFFENSE

The parties in this case, the United States of America and the defendant, John Boughton, stipulate and agree that the following facts are true. These facts do not constitute all of the facts known to the parties concerning the charged offenses; they are being submitted to demonstrate that the defendant committed the offenses to which he is pleading guilty and because they are relevant to sentencing.

1. In early 2008, the U.S. Immigration and Customs Enforcement (ICE) Cyber Crimes Center (C3), working in conjunction with the Department of Justice's Child Exploitation and Obscenity Section (CEOS) and the U.S. Postal Inspection Service (USPIS), initiated an investigation in to an Internet forum known as "thecachebbs.com". The Internet forum was a private, member only secured bulletin board dedicated to the distribution and advertisement of child exploitation material. The bulletin board was seized by law enforcement thereby allowing investigators access to all parts of the board, to include member lists, profiles, and narrative postings, and locations where members could download child pornographic images. One bulletin board member used the screen-name "mozda." "Mozda" was an active member of the bulletin board from 2005 to 2008, with over 1800 narrative posts to the bulletin board.

2. The investigation into "mozda" revealed this persona was used by an individual

accessing the Internet from an Internet Protocol address assigned to 5503 33rd Street, N.W., Washington, D.C. Verizon Internet Services, Inc. provided residential Internet service to 5503 33rd Street, N.W., Washington, D.C. The defendant, John Boughton, was one of the Verizon Internet Services, Inc., subscribers on the account for 5503 33rd Street, N.W., Washington, DC.

3. On October 30, 2008, a search warrant issued by the United States District Court for the District of Columbia was executed by ICE agents at 5503 33rd Street, N.W., Washington, DC. ICE agents seized five computers and various other electronic media, including a Seagate model 9W2512-560 external hard drive, serial number 4LH0CAQ7, from 5503 33rd Street, N.W., Washington, D.C. Incident to search warrant execution, ICE agents interviewed the defendant at 5503 33rd Street, N.W., Washington, D.C. The defendant told agents he possessed and had received child pornography via the "thecachebbs.com" bulletin board using the screen-name "mozda." The defendant provided agents a written statement acknowledging the same.

4. The computers and other electronic media seized from 5503 33rd Street, N.W., Washington, D.C., were forensically examined by ICE agents. A preliminary forensic examination of just some of the devices seized revealed the presence of at least 25 video files depicting suspected child pornography and at least 638 images depicting suspected child pornography stored on the seized computers and other electronic media.

5. The 638 images depicting suspected child pornography were electronically compared to images housed in the National Child Victim Identification Program (NCVIP) database. The NCVIP is a law enforcement database of real, known victims of child pornography and exploitation. Located on the Seagate model 9W2512-560 external hard drive, serial number 4LH0CAQ7, were found 127 picture images that matched those of real, known victims of child pornography. These 127 images of real, known child victims were located in

folder \Teaching Back-up\UK, and are evidence of child pornography and the acquisition of child pornography, including the following:

a. Under the file path \Teaching Back-up\UK\HC\Msmsflf (2).jpg, last accessed on October 7, 2008, is an image identified as Msmsflf (2).jpg. The image is centered on a prepubescent girl's posterior. The girl is on her knees with her upper body bent forward. With her right hand the girl is inserting a pink colored probe into her anus.

b. Under the file path \Teaching Back-up\UK\CANDS\Amshhwww (2).jpg, last accessed on February 21, 2008, is an image identified as Amshhwww (2).jpg. The image is centered on a prepubescent girl's posterior. The girl is kneeling on a chair, positioned so that her head is facing away. With her hands, the girl has grabbed and spread her buttocks to expose her vagina and anus.

6. Of the 638 images depicting suspected child pornography, 29 images depict suspected child bondage and bestiality, and were located on the Seagate model 9W2512-560 external hard drive, serial number 4LH0CAQ7, including the following:

a. Under the file path \Teaching Back-up\UK\HC\Series\Jen1 (20).jpg, last accessed on October 14, 2008, is an image identified as Jen1 (20).jpg. The image is of a prepubescent girl holding the penis of a white furred animal with her left hand. The penis of the animal is inserted in the girl's mouth.

b. Under the file path \Teaching Back-up\UK\HC\Series\Jen1 (2).jpg, last accessed on October 14, 2008, is an image identified as Jen1 (2).jpg. The image is of a naked prepubescent girl laying face up on a bed. The girl's hands are positioned above her head. The girl's legs are spread to expose her vagina. A yellow rope is tied to her left and right calves. The yellow rope extends down the sides of the bed. There is no slack in the rope.

7. The video files depicting suspected child pornography were located on the Seagate model 9W2512-560 external hard drive, serial number 4LH0CAQ7, and included the following:

a. Under the file path \Teaching Back-up\UK\HC\Mo\RGA.WMV, last accessed October 14, 2008, is a video identified as RGA.wav. The video is over 16 minutes long and has sound. It features a prepubescent girl and a mature male. The prepubescent girl is shown performing fellatio, and the male penetrating the girl's vagina with his fingers and with his penis.

b. Under file path \Teaching Back-up\UK\HC\Mo\Dvddq.wmv, last accessed on October 14, 2008, is a video identified as Dvddq.wmv. The video is over 1

minute long and has sound. It features a prepubescent girl and a mature male engaging in sexual intercourse.

_____
EMILY A. MILLER
Assistant United States Attorney

_____
JON W. NORRIS, Esquire
Attorney for Defendant

_____
JOHN BOUGHTON
Defendant

3/23/09
Date

4/17/09
Date