# EXHIBIT A

John Boughton is my husband of thirteen years. Six months ago my marriage was plunged into the most gut-wrenching agony I can imagine experiencing short of the death of a loved one.

John is a shy, gentle soul who in so many ways sees himself as a helper to others. As a husband John has always been a rock. I am the more outgoing partner in our marriage and John has supported my career from the early days of our marriage, giving up a recent promotion in the UK to move to Washington when I was transferred here by my employer. I am a worrier and can be emotional and John's extraordinary warmth, love and stoicism have always managed to make me feel calmer and safe.

I have always been aware that John harboured a sadness from his childhood – he could never speak of either of his parents without welling up - but he preferred not to dwell on whatever it was that provoked that emotion. I did however notice that when his sister Brenda died after a battle with leukaemia, during which he sat vigil at her hospital bedside, the sadness became overwhelming for a time. And when his remaining sister, Jane, lay in a coma following a brain seizure, his sadness seemed to deepen into a depression. I know he felt some sense of powerlessness in the face of the illnesses suffered by each of his immediate family.

But the other side of John was his utter passion for his profession of teaching. John taught young adults and although a professor, he always insisted on describing himself as a teacher – something most academics hold in low esteem compared to research and publication. John is, was, a fantastic teacher as so many of his students and colleagues never failed to tell me. And he truly believes, rightly, that there is no greater blessing than to be able give his students the intellectual tools to send them on life's journey.

This is the man I have known and loved so deeply. So the feelings of horror, hurt and anger I felt when I learned that John was under investigation for the possession of child pornography were overwhelming. To say I was angry is a huge understatement. My rage and pain were cataclysmic. I know that John has told friends and family that no punishment could ever compare with witnessing my hurt and anger.

But when you have known and loved someone for thirteen years, known their goodness, eventually it is hard not to want to understand as well as punish. My son said to me "Mum, you can't give up on the people you love. Everyone can turn the page and walk a righteous path". (You have no idea how proud I am that we raised a son who can say something so simple, eloquent and profound at the age of 24).

Slowly, in fits and starts, with the help of John's psychologist, I began to piece together an understanding of what led John to commit his crime. Perhaps more important than that, I have seen John, over the past five months or so, conduct the most painstaking excavation of himself, blowing wide-open for me to see all of his vulnerabilities. Not with a shred of self-pity, only with an absolute determination to make things right, to be wholly the better person he can be.

The best analogy I can think of to describe my husband is this: it's as if you have lived for many happy years in a wonderful, sunny, comfortable house and one day you discover a locked door and behind that door lies something awful that only your husband knew about. You have a choice. You can leave that home or, with your husband, you can clear that room out for good and put something fresh and good and new in its place. That second option is what John is determined to do and is already doing. I now feel I have the understanding, faith and strength (and even a morsel of his great stoicism) to keep hold of the 'house', to hold onto my marriage vows and to rebuild our lives in the years ahead.

Flat 3, The Blue House
30 Calvin Street,
London E1 6NW
United Kingdom

Dear Judge Sullivan,

John Boughton is my stepfather. I lived with John between the ages of 10 and 18, when I moved back to England to attend University. I first met John aged 10. It was not long after my Father had left. The period between my father leaving and John coming in to our lives was very hard. My Mother was incredibly unhappy. I too was unhappy, but bottled everything up inside, but I remember also feeling protective of my Mother and wanting to be there for her. I remember the first time I met John. I remember how happy my Mother seemed, for the first time in what seemed like forever. I made him a cup of tea, even though I had never made one before, but the water was too cold and the milk was too warm, yet John smiled and drank it, even though I could tell he was not enjoying it. And for the first couple of years it felt like that cup of tea was a lot like our relationship. I desperately wanted to make him feel welcome, wanted him to be happy and my mother to be happy, and much of the time I did things wrong, yet John was always willing to try with me, to be patient with me. He knew that our relationship would have to be nurtured slowly and carefully, and I am eternally grateful to him for the wisdom he showed in those early years.

He was always very quiet, spent a lot of time working, reading books and newspapers and grading his students' essays. While I was studying for my International Baccalaureate John helped me immensely in my studies, aiding me in my revision processes and techniques and giving me advice on how to approach my history essay questions. As a younger boy, he would always play sports with me, soccer at the park and if we were on vacation he would go in the pool with me even though he was not a strong swimmer.

He often cooked dinner for my mother and me. He did the washing and ironing, and he and my mother had what could be described as a perfect marriage in that sense. Their personalities complimented each other so well, they were more than happy just being together and spending time with each other talking about all manner of things, travelling, going to the cinema, to see exhibitions etc. They never seemed to run out of things to say to each other, and never tired of listening to each other's thoughts and opinions on all manner of things. They made each other indescribably happy.

During my first year of High School (the first year after my father left) I lost my way. Until my father left, him and me had been incredibly close. He had always been extremely kind with me, lots of love and attention were always shown to me and he probably spoiled me a little as a child. I looked up to my father immensely. As the

situation at home worsened, I witnessed my Father lose his temper frequently. Subconsciously I think this made me feel as though this was the proper way for a man to act when he felt stressed or upset, and as a result between the ages of 12 and 13, I became increasingly aggressive for a while. It was at this time that John's influence in my life became most apparent. He was always calm, reserved and logical when faced with a problem, including my behaviour. While my Mother, herself a passionate and strong minded person, seemed to struggle to deal with my conduct, John was always present as the voice of reason, both for me and my Mother. He always had an incredibly calming influence within our family and throughout that period and onwards into my teenage years was there for me when I needed advice, or simply a calming down when I would lose control of my emotions and myself.

It was John who made me realise you could be strong, that you could be a man without losing your temper, without hitting and shouting and hurting those around you. It was John who showed me that caring for someone meant being there for them no matter what, and that talking about problems solved them so much better than fists ever could. And it was John that showed me that love is limitless and unquantifiable. That he could love my mother was no surprise, she is an incredible person. But to love me, a child not born of his own love, a child already half grown and filled with hurt, a child who wanted to lash out to heal his own wounds, that is something special, something incredible, something I love him for deeply. What's more incredible is that John never realised the strength this took, that so many lesser men wouldn't have been able to be so kind, understanding and loving. And that is why I am filled with so much sadness while writing this. Because I wish I had told John a long time ago how strong of a man I felt he was, in presence of mind and emotional maturity, and how much I respected him for possessing such qualities.

For me it goes without saying that there was never anything about his behaviour that suggested he might be looking at Pornography or Child Pornography but I do want to stress that that is the case. I have felt very upset since I found out about all this, mostly because I know John would never intentionally hurt anyone or anything. I feel since John began his rehabilitation process his reaction to the situation and his desire to become a better person and redeem himself has been incredible and proof that he is a truly good person. I have been in regular contact with John and he has certainly made it clear in my mind how terrible he feels and how much he wants to make things right for himself. But I have also talked with him about the future and what it might hold for him, and I have no doubt in my mind that from this point onwards John will continue to grow as a person and continue to do good in the world and do everything in his power to close this chapter of his life and move forward.

Ben Grant

19, Gordon Road,
Chingford,
London,
E4 6BT

April 20th. 2009

Re: Dr. John Frederick Boughton

Dear Judge Sullivan,

I write this letter in connection with the offence with which Mr. John Boughton has been charged in Washington DC, and would like the content to be considered during the pre-sentencing process.

I am John's sister and he and I are the only surviving members of our family of origin. Both our parents died in 1992, and Brenda, our elder sister, died during treatment for leukaemia in 2004. I am 6 years older than John. Before I proceed further I would like to say a little about myself. I am a qualified social worker, and was last employed as a Team Manager in a Local Authority. However, nearly three years ago, I contracted viral encephalitis and was retired on ill health grounds. Recuperation from such an infection is a slow process and I have almost certainly been left with some brain impairment. There are two reasons I mention this at this stage in my letter. Firstly, this is the first time I have attempted to write anything other than simple e-mails and I am not confident in my ability to do justice, in writing, to all the things I want to say. Secondly, I am deeply saddened by the situation in which my brother finds himself, and for me now the most difficult thing is that I will not be able to be as supportive to him as I would if I were completely fit and well and earning money.

John visited England at Christmas time, specifically to tell me about the offence. I am so grateful that he came to tell me in person before he was charged. It was hard for him to do so, but even at that stage he was determined to face up to people honestly and to accept his punishment. We have been talking on the phone and I have read a detailed account he has written about what led to his offence, his therapy and his plans for the future. Having heard and read how determined he is to come to terms with what he is done, accept his punishment, and to come through it a stronger person, I believe this is what he will do. I was particularly pleased to hear that he has thought about how he can return to being some-one who contributes to society. I respect and admire him for doing this, for making some plans, and for acting on them now.

Words cannot describe how surprised and shocked I was when John told me about the offence, but I know that, despite what he has done, he is fundamentally a good person. He was a good son to our parents, a good brother to me and my sister. In particular, I remember how John and Michele came over from the States when I was ill. I had been unconscious for four to five weeks, but they were there very soon after I came round. John and I spent a long time talking, and it really helped me to know that in spite of my feeling so weak and confused, my long term memory was still functioning. Sadly, only two years previously John had been at our sister's hospital bedside when she was in a coma, which she did not survive.

It must have been a very difficult time for John when our parents were ill. Our mother had early-onset Alzheimer's Disease and as the youngest sibling he spent much more time with Mum and Dad during those years, and took the greater burden of care. Perhaps, too, he had less support for himself. Both Brenda and I had our husbands to support us and children to provide us with another focus.

Another difficult time for my brother was when our father had a nervous breakdown when John was in his early teens and Brenda and I had already left home.

Of course all families have times when things are hard, illnesses to cope with and bereavements to bear. Over the past few weeks I have spent some time reflecting on how our family reacted and what coping mechanisms each of us used. My thoughts followed on from a conversation John and I had had back in December, which reminded me just how alike he, myself and our father were. None of us have ever talked very much about any difficulties we have, though paradoxically since my brain illness I am more relaxed about doing so. But to illustrate the point I rarely talked about the feelings I had about my Mum's illness and how difficult and exhausting it was to visit with two young children, I just got on and did it. Likewise, my Dad obviously found the changed nature of his marriage very difficult but it was not something he talked about. I knew he was very sad and was struggling with the domestic side of life, with the personal care Mum needed, and with her lack of responsiveness. However, he did all he could, continued to take Mum out when her demeanour could be very embarrassing.

There is a Boughton tendency to deal with adversity in a stoical manner. This is fine if it works, but sometimes more is needed. For my Dad, there was a sense that he had not achieved as much as he could have done career wise and that he was undervalued in his job. For whatever reason, he allowed a sense of failure to grow and fester and this eventually lead to his emotional crisis in the 1970s. When John gave up his UK teaching career to go with Michele to the United States, I was aware that his job was important to him and that he would miss it. It must have been a strange time for John, there would have been pleasure and interest at living in a new country, but at the same time a sense of loss of role and status. I think he secured his first US teaching job fairly quickly, but this was only part-time. It would have left him with a lot of time on his hands, and I guess Michele would have been busy with her work and Ben with his studies. I do not know whether John talked about his feelings to other people, I suspect

he did not. Certainly back in England, I was blissfully unaware that all was not completely well.

John has described how he has used compulsive activities to help him cope at times when he has been stressed. I knew that he collected Norwich City Football programmes (indeed at the moment I have them safely in my attic) as a child and teenager. I also knew that he had worked very assiduously to do so well in his academic studies. Indeed, Dave, my husband, has in the past rather teased John about the minutiae involved in his Ph.D. research. I also know that he has been a very conscientious teacher. I was not aware that John had collected and organised other less useful data yet, I can quite believe that this is so and that he became obsessive about doing so, particularly when he had time on his hands. The reason I say this, is because it is rather a family trait. I can remember my Dad keeping an account book detailing every detail of his personal financial accounts, and this book was meticulously neat and tidy. I can also remember the way that my Dad went about his gardening. He tended to concentrate on the detail rather than the bigger picture. John will not remember this because he was only a baby when we lived in Gloucestershire, but it was particularly noticeable there, where we had a big garden. Dad would concentrate on the detail of one little area, while the rest of the garden waited for its turn. As I have recovered from my illness, I have laughed at myself tackling my garden in exactly the same way. Yet, as I now have plenty of time on my hands, I struggle to stop myself from doing so. In my earlier years I, too, was a collector. During my childhood, throughout my teens and into my twenties I amassed hundreds of postage stamps spread over four albums. Recently, as my cerebral energy is coming back I have returned to them, looked at the catalogues available on line, and begun to produce lists of their current stamp values country by country and album by album.

John and I have not lived near one another since I left our family home in Norfolk in 1970. John's role of uncle to my two sons and to my step-daughter, who has severe learning disabilities, has therefore been a rather long distance one. However, I would like to say that it has been a positive one. My sons have always got on with him well and had good regard for him. He has always been very kind to, and natural with Danielle, my step-daughter. He was not around to baby sit when they were little, but I would never have hesitated to leave them in his care. I know they would have been in a safe and kind pair of hands.

As you will have seen, I have spent a lot of time over recent months trying to understand how John could have got himself involved in collecting child pornographic images. In my social work career I mainly worked in learning disability services, but I did work in child protection for 2 ½ years. During that time I worked with three teenage girls who had been sexually abused (raped) within their family situation. Thinking about John's situation now has rekindled my memories of these girls and their lasting emotional hurt. Obviously, John's offence of looking at images of anonymous children found on a computer (and I understand that almost all of the images were of the least offensive type) is a world apart from what the perpetrators did to the young women with whom I worked. Nevertheless I do not suppose the youngsters, whose images John downloaded, chose of their own free will to be photographed. They must have suffered emotional pain during

the process and almost certainly continued to do so subsequently.  In my experience, John has always been a kind and gentle person and I have never known him intentionally hurt some-one else's feelings.  I am sure he could not have been thinking about what it was like for the children pictured in those images. It remains hard to understand how he could have become involved, albeit vicariously, in abusive situations.

       I am really pleased that he has himself, confronted these issues in his treatment plan and is determined never to repeat his mistakes.  I hope that he will manage to remain strong during his time of punishment, and I regret that he will be so far away and that I will not be able to visit. If I do get over there, it will only be very rarely. However, I will be thinking of him a great deal, and I am sure he knows that.  Finally, I look forward to the time when he can return to England and make a new life for himself.

185A Ferme Park Road
London N8 9BP
UK

15 April 2009

Dear Judge Sullivan

Twelve years ago, John Boughton married my sister Michele Grant, after a traumatic relationship breakdown which left her alone with a ten-year-old son who took the departure of his father very badly. Much as I wanted her to meet someone new, I also wanted her to meet a man who would not only a loving husband but also a responsible Dad.

John adored my sister from the word go; he was, as she said, her soul-mate. She admired his intellect, his deep principles for the world he wanted us all to live in, his reputation as a dedicated teacher and the calmness he brought to the household. Ben's absent father had been a loving but weak and over-indulgent parent, incapable of setting limits to help a boy on the edge of adolescence explore the world in both safety and security, wonder and excitement.

John was the male parent Ben needed. Loving, yes, but able to bring the lessons he had learned over many years in the classroom to a relationship with a child hurt by family breakdown. I watched as Ben's relationship with John grew stronger and stronger. It was because of John's expert guidance that he passed the very high hurdle of the International Baccalaureate and then on to acceptance at an excellent British university where he gained his degree and is now establishing his career in the teeth of the recession. Ben's success is down to good parenting, and John's role cannot be overestimated.

When my sister told me of the raid on their house and what he had done, I found myself wondering if the John Boughton I had known had always been a fraud and a fake, that beneath a mask of civility he was a monster. Then one day, just before Christmas, we sat down together and without me asking for an explanation he insisted on telling me what had been going on. At the end of it, this is what I had learned: that all John's qualities, his intellectual rigour, his honesty, the absence of excuses, self-pity or self-justification, and his great sense of responsibility, had not been diminished but greatly heightened. I saw that those qualities – the dedicated husband, step-father and teacher – were real, but that as he said to me, in one corner of his psyche something was not working properly. Something was out of sync with the rest of him.

I am entirely convinced that with the hard-work for which he is renowned, John will make the great efforts needed to eradicate from his identity the disorder which has brought him to this point. I did not know, when we began the conversation, that I would be prepared to stand by him but by the end, I

felt that all of us have our own patterns of self-destructive behaviour; some are legal, some are not. John's misfortune is to have engaged in something which society must put firmly outside the rights of individuals to exercise. Nothing diminishes the crime. But I believe that the great support he has received from relatives, friends and colleagues demonstrates that the John Boughton we know is the real John Boughton and that in the future which awaits him, he will meet its extraordinary challenges with the courage and great sense of personal responsibility for which he is so rightly known.

In the months leading to the death of our own mother from Alzheimer's, I noted the tenderness and care which characterised all his dealings with her. I understand he wishes to pursue a career working with the elderly. I hope that the great gifts he could bring to the relationship with senior citizens will be allowed to come to fruition. The teaching profession has, inevitably, lost a truly gifted educator. It would be appalling to see his great talents and qualities to go to waste.

Yours sincerely

Linda Grant

12 Flanders Road
Chiswick
London W4 1NG
UK

Dear Judge Sullivan

My name is John McGarry. I am the Brother In Law of John Boughton whose case
you are presiding over. I have known John for almost 40 years since I had the good
fortune to meet and subsequently marry his wonderful sister Brenda, who
unfortunately passed away almost five years ago so is unable to write on behalf of the
brother she loved so much. All the members of the Boughton family were exceptional
and kind people and I was fortunate indeed to become part of their family.

Over the years John has been a true and faithful friend who has always been there for
me in good times and bad, as he has for all his family and friends. In my own case
never was this better shown than when my wife became seriously ill, without
hesitation John came back to the UK from the USA giving me invaluable moral and
practical support during the worst period of my life.

John's care for others has not been limited to family and friends but has extended to
the community in general, not least his many students who I believe have had a high
regard for him. In respect of the wider community the best example I can think of to
illustrate John's true nature, an example that left an indelible mark on me, occurred in
the early 1980's. At that time the "Solidarity" movement in Poland was demonstrating
against and resisting the Communist government in that country. The members of the
movement were not only suffering intimidation but also a lack of food and the
wherewithal to keep warm. Spontaneously John and several of his young friends, at
that time in their early twenties, organised a collection of food and clothing in their
local town in England then delivered it personally by truck, driving hundreds of miles
across Europe to help people they had never met, nor would again. In so doing they
were not only acting selflessly to help others but also risking reactions against
themselves from the communist authorities.

I do not propose to give you a long list of instances where John has impressed me in
times we have shared together and hence why I like him so much, but simply wish to
underline that John is a fundamentally good person who inexplicably, at least from
my perspective, has done wrong. Whatever the future he will have my support and
undying friendship; he deserves it and has more than earned it.


Yours Faithfully

John McGarry

April 14, 2009

Dear Judge Sullivan:

Judy and I first met John Boughton and his wife, Michele Grant in 2000. Judy, a real estate agent was referred to Michele and John by a senior BBC employee when John and Michele arrived in Washington DC. John, who had been a history teacher in England, resigned his position there to join Michele in connection with her new BBC position in Washington, DC.

The foregoing represents the "formal side" of our relationship. The "social side" began almost immediately following Judy's first meeting with John and Michele. The four of us at once became fast friends, a friendship that will we will do all that is possible to sustain into the future. We often dined together at each other's homes, at restaurants and spent many, many hours together at our vacation home in Shady Side, Maryland on the Chesapeake Bay. John and Michele, from the beginning, were included in all of our extended family's get togethers: Christmas, Easter, Thanksgiving, Fourth of July, birthdays and the like. Our extended family consists of both adults and many young nieces and nephews that John and Michele have watched grow over these past nine years. John and Michele, likewise, extended to our family their hospitality by hosting all of our family (over 30 guests) at their home one Christmas. They have, indeed, become a part of the Karas family.

In 2005, we went on a holiday with John and Michele in England -- a trip which they planned with much care and consideration to ensure that we were able to see and do as much as possible in a short period of two weeks. John's tremendous knowledge of history made the trip a once-in-a-lifetime experience for us as we were able to get an historical background of even the most obscure places that we visited. It was evident to us that history was John's passion and he put up with many unforgivably stupid questions from us and did so without criticism.

Since 2000, we have also become well acquainted with John and Michele's family members and friends as they visited Washington, D.C. including Michele's sister, Linda, John's sister Brenda (who passed away about four years ago), her husband John and their two sons. Our relationship with Ben, Michele's son and John's stepson, has been a highlight of our friendship with them. We have watched him through his young teen years into adulthood and have always been delighted by his relationship with his mother and step-father. John always behaved as an incredibly sincere, loving role model for Ben and it was obvious to all those who knew the family that John's parenting was a positive factor for Ben.

As a result of our strong ties to John and Michele, the countless hours we have spent together over these past nine years in various places and under a range of circumstances, we believe we are competent to assess John's personality and character. Through word, action or innuendo, we have never seen any indication of anything but a loving, caring and respectful person. He is devoted to Michele and to Michele's son Ben. John, in word and deed, has always taken the "high road" when speaking about others. He is never catty, critical or prone to gossip. We are well aware of how much he has loved his teaching position, how much pride and joy it has brought him, and are devastated to know he will be unlikely to even be able to continue in that particular profession, regardless of the outcome of the charges rendered against him. John is shy, self-deprecating and always gives credit to others for whatever deeds they may have assisted him in.

The evening of the raid on their house, John and Michele called Judy and asked her to come over to their home. There and then, John revealed what he had done and over many, many subsequent conversations with us both John has been completely candid with us about the far reaching background and ramifications of his behavior. We know from these conversations with John that he is relieved and feels a sense of release that his actions, which he had kept from

friends and loved ones, has been brought into the open.  He has made it abundantly clear that he blames himself and not others.  He has expressed nothing but a willingness to accept society's moral and legal judgment and punishment that may be meted to him.  We also know he has been working diligently with a mental health professional to unearth the reasons behind his activities and to ensure that the pattern which is now broken can never resurface.  We have seen many very welcome changes in John since he has been working with a psychologist on these issues. He is more open with us, he does not hide his emotions as he once did, and we feel this person whom we have always loved and cared about has become more of a friend to us by being a better friend to himself.  We shall continue to love this man we have come to know even better over the past months and we shall support him totally.

Sincerely,

Judy Kelly Karas
William M. Karas
1520 O St., N.W., Apt 101
Washington, D.C.  20005

Dear Judge Sullivan,

Re: Testimonial for John F Boughton

I worked closely with John Boughton for over ten years, half of which I was Head of Department and his line manager. We both taught History at Peter Symonds, a large college in Winchester, UK. During that time, both as his peer and line manager I came to hold John in the highest regard as an academic, a teacher, colleague and most of all as an admirable person.

Professionally I found John to be a dedicated and hard working teacher, a vocation he has loved. As anyone meeting him will be aware he is highly intelligent with a sharp incisive mind. This was always reflected in the delivery of his lessons and his valuable contributions to educational discussion. John got to know and understand his students well, was interested in them and able to assess what was in their best interests within the educational and social context of college. From this basis he was able to motivate, and promote a strong interest in learning with the result that John earned the utmost respect from his students and was generally a very popular teacher. My own daughter was in fact taught by John both in class and as a personal advisor for an individual study she wrote. She, without question, always found him generous with his time and able to communicate advice in a completely non threatening and encouraging manner. He inspired her to go on to study History at university.

On a more personal level over the time we taught together I came to know John not just as a colleague but as a person I could call a friend. He is kind with a generosity of spirit, his humility is endearing and he has a most engaging personality enhanced by a wry sense of humour. He is understanding, thoughtful and always ready to consider others before himself. However the strongest characteristics I remember about John are his tolerance and deep humanity towards others in society. He despises bigotry and unfairness, always arguing the case for social justice. He consistently supported the 'underdog' both in words and actions and was not slow to criticise those including himself when he felt they were not playing by the rules.

I am absolutely convinced, and hope I have illustrated this in the testimonial, that John is a good person of fundamentally sound character who has many strong characteristics. I feel very happy to vouch for him in these difficult circumstances.

Liz Petheram

Baltimore, Friday April 10, 2009.

Dear Judge Sullivan,

I have known Dr. John Boughton for 8 years, since he first came to Goucher College as a History professor, and I have had the good fortune of team-teaching with him for the past three years in a demanding first-year program titled "International Scholars Program" (a year-long program geared toward academically advanced students; the equivalent of an Honors course elsewhere). John was given the task of developing and teaching the course from its inception (a fact which, in and of itself, speaks highly of him as a teacher valued by his colleagues). I joined him after the first year.

I have found John to be an extremely inspiring teacher. In fact, so much so that he is responsible for several students' decision to major in History, after they take his classes, which they have routinely described as "awesome." His qualities in the classroom are the mark of gifted educators with a long experience: an apparent ease, and an intellectual clarity and elegance that only come after years of teaching and honing one's skills. His good-humored, easy-going way and his quick sense of humor have charmed them and his colleagues alike. In fact, those of us who have had the privilege of working with him all miss him dearly – not only as a teacher or colleague, but as a friend. For it is as a friend as much as an adviser and teacher that students see him. Students miss the support offered by both his beautiful, rigorous intellect and his compassion in times of need. They know they could count on him at all times to be their fair advocate and to test their ideas with him.

Turning to his teaching now: its quality and rigor come as no surprise to those who see his lesson plans. The latter are all written out with extreme precision along a solid structure. His notes are always meticulous, his sources referenced with exactitude. Contrast this with most other course preparations I have seen and you realize how much John paid exceeding attention to detail. This exacting side of him has been very useful, I must say, as he taught first-year students to research and produce a 25-page long essay of independent scholarship. He transferred some of these qualities to his mentoring of them: he was strictly precise in the details (e.g. the mechanics of the writing, the structure of the piece), and accurate and thorough in his comments addressing larger issues (e.g. the quality of the research, the soundness of the thesis and its argumentation).

But, again, it is the friend I wish to describe: I miss the John whose witticisms – or "Johnisms" – I would bring home in the evening to my husband's delight. I am not the only one: two of his former students stopped by my office the other day and told me that they were re-reading their first-year notebooks filled with "quotes from John we did not want to lose." I miss the friend who would recommend a film he had seen with his wife over the weekend, who would poke gentle fun and laugh with people and sometimes break into song in the classroom. I miss the presence of John who made me laugh, who was there for me when my father died, and who has been an amazing source of support and strength over the past three years.

Sincerely,

Dr Florence Martin, Professor of French & Chair of the Department of Modern Languages, Goucher College.

4977 Lerch Drive
Shady Side
MD 20764

April 16, 2009

Dear Judge Sullivan,

I am Director of Education at the National Association of Corporate Directors in
Washington DC and a parent of two teenagers.

I have known John Boughton for six years and am proud to have him as a friend. John is
a quiet, thoughtful, considerate and loyal person who has shared his knowledge and
educational expertise with me extensively as I have struggled to make the move from a
career in broadcasting to a career in executive education.

On countless occasions, John has guided my thinking on program preparation and
delivery for adults, and has been a staunch supporter of many of my initiatives, giving
advice and making recommendations while boosting my confidence and suggesting tips
for success.

John has been frank in discussing his current situation, and the behavior that led to his
court case. He is clear that he has done serious wrong; he accepts responsibility, and
displays no self-pity about his punishment. I know he feels remorse for the harm
indirectly caused to the victims of child pornography, and to his family, and that he has
the strength of character to endure the sentence he will receive without complaint. I
believe he is a gifted adult educator, a valuable member of his community, and a needed
and loved husband and stepfather. For these reasons, and because he has owned his
mistake and is in treatment, I hope the time when John can reconnect with family and
return to being the productive member of society he can be will come sooner rather than
later. John has the ability, character and demonstrated willingness to contribute so much.

As John's friend and neighbor, I am pleased to be able to speak on his behalf and thank
you for your consideration of these remarks.

Liz Barron
lbarron@nacdonline.org
202 572 2081

*May 3, 09*

Dear Judge Sullivan,

I have known John Boughton for the past several years and I have had the great pleasure of working closely with John when we co-led a three-week student trip to the Czech Republic in the summer of 07. During the prior academic year, we worked together to organize the trip and recruit students. While in the Czech Republic we were together twenty-four/seven. During this time I felt I got to know John quite well--and what I got to know, I liked. John was an excellent colleague--intelligent, knowledgeable, very well-organized, kindly, funny, hard-working. I could not have asked for a better partner for the stressful and exhausting duty of spending so much time away from family in a country I knew little of and in the company of sometimes unmannerly undergraduates. I will be forever grateful for his kindness, his thoughtfulness, and his partnership.

It was apparent from day one that John worked very well with the students. They respected his good-humor, his intelligence, his wealth of knowledge, his understanding of larger issues, his concern for their well-being and for their educational enrichment. It was obvious from day one that the students adored John. And it was obvious to me why this was so: John has a grace, a sense of humor, an ease with students that is hard to come by—even for those of us who have been teaching for decades. John is what would be called a "natural" teacher. He has been a gift to Goucher College, to his colleagues and to his students. To say that John was beloved by the students would be an understatement. Though I have been teaching for over 25 years and though I enjoy respect and affection from my students, I was envious of John's ease in difficult situations and I was grateful on a daily basis for his simple, wonderful selflessness.

Also while in Prague I was also able to observe the ease and professionalism with which John communicated to our contacts in Prague--our host institution, history professors, tour guides, guest lecturers, and so forth. He was respected and genuinely liked by all. The educational experience and the personal experience for all involved (me, the students, the folks in Prague) was greatly enhanced by John's leadership, his competence, his humanity. Above all, John was supremely organized—a talent that was invaluable to the success of the trip.

Further, I would like to note that not only has John been a good colleague, he has been a friend. John has always seemed to me to be a very good person. He is also a very, very likable person--a person who, in my experience, has always behaved with intelligence, honesty, professionalism and thoughtfulness.

Finally, I would like to say a word about my personal perspective. I have been a life-long feminist and, indeed, I have taught courses in the area of women's studies/gender studies. I am no fan of pornography of any sort. I was sexually abused as a child by a male relative. I have, therefore, looked in the eyes of a sexual predatory. I feel that I must say that I see, in John, none of the characteristics of a predator, characteristics I became very familiar with as a child. I honestly do not believe that he is a threat to anyone.

Sincerely,

*Dr. Shulc C. Rewotta*

*address on other side*

14 April 2009

Dear Judge Sullivan,

I have known John Boughton for my three years at Goucher College. He has been my History advisor and mentor, as well as a brilliant teacher of three of my freshman-year classes in the International Scholars Program. His was the first class that I took while in college, and his presence and intellect have made an indelible mark on me. Because this was a two-semester course with a January session during freshman year, the students and teachers became very close.

While keeping an academic distance from students, John became a trusted and esteemed friend to us. I looked up to him enormously, both as a historian and a compassionate but exacting teacher. I want to be a professor of History and I tried to learn as much as possible from his impassioned and pointed style of teaching. I admire his excellence at presenting complex historical processes and ambiguities to students who have little or no understanding of history.

John is one of the most challenging teachers I have ever had. He never let us ISP students rest on our laurels; he truly wanted to see our best work and to cultivate our intellectual growth. I remember my entire freshman ISP class congratulating me when I got an A on a paper that he graded; we feared to undergo the gauntlet of his expectations. Aside from his rigorous and passionate teaching style, I also admire his sense of humor and lightheartedness. He was very good at making us laugh when we were depressed; what we studied in ISP was emotionally and intellectually overwhelming, and often it was difficult not to despair. I used to keep a list of examples of his wry British humor in my notebook. Through this humor, he invited us into a kind of intellectual complicity in class that thrilled us and seemed to reward us for our hard work. Many of my classmates would agree with me that we looked up to him as our ISP father.

John has shown me great kindness. When a classmate and I won a school research prize for our freshman-year ISP theses, he bought us flowers. He has counseled me on which field of history to concentrate in, and how to pursue doctoral studies. He has been a trusted mentor to whom I did not hesitate to turn for academic and personal advice. I miss him, and I think about his impact on me all the time.

Sincerely,

Anndal Narayanan

Anndal Narayanan
Goucher College class of 2010



1021 Dulaney Valley Road
Baltimore, Maryland 21204-2794
(410) 337-6000
www.goucher.edu

GOUCHER COLLEGE

May 12, 2009

Dear Judge Sullivan,

My name is Rory Turner, and I serve as Assistant Professor – half time in the Department of Sociology/Anthropology and Academic Director for the Graduate Program in Cultural Sustainability at Goucher College. I am writing to you regarding John Boughton, a colleague I have known and worked with for the past three years.

My primary interactions with John have been as fellow instructors in Goucher's International Scholars Program. John led the program this year and has been a key figure in its development. John has team taught freshman year seminars in the program; I have taught those same students in a follow-up sophomore fall semester class. We also met and discussed the program on a number of occasions, and enjoyed occasional informal collegial interaction working in the same building.

The strongest evidence I have regarding John's character and contribution is the extraordinary preparation evidenced by the student that I inherited from his classes. We all have some gifts and flaws as people. Without doubt, one of John's greatest gifts was his ability to engage with students with integrity, intellectual discipline and conscientious care, supporting them in their development of ambitious self directed research papers. Time and time again I heard from students how grateful they were for his exceptional mentorship and guidance. He was not an easy or coddling teacher, he demanded and brought out some of their best work. There are students who will be successful leaders in life in no small part because of the work John did in guiding them to discover their power to gather, synthesize and understand important material and gain the self confidence to grow in their intellectual mastery and power of articulation. This may sound like hyperbole, but it is not. John has a rare talent as a teacher, and I hope that whatever happens, he can continue to make important educational contributions.

I have mentioned John's integrity. John cared about students and he cared about ideas. He demonstrated this in his low key British way, in his manner and in his actions. He was a reliable and dependable colleague who followed through on things, and he was a decent person. Quiet, witty, and modest, John was a real contributor to his community.

I use the past tense because John is no longer teaching here at Goucher. I write to tell you about the John that his colleagues and students know and admire. I ask only that you consider this man, his good work and service, and the potential he has to make a positive contribution as you determine his fate.

Sincerely,

Rory P.B. Turner Ph.D.
Asst. Professor -- Half Time
Dept. of Sociology/Anthropology
Goucher College
1021 Dulaney Valley Rd.
Towson, MD 21204
410-337-6478
rory.turner@goucher.edu

Jon Norris
503 D Street NW
Suite 250, The Webster Building
Washington, DC 20001

14 April 2009

Dear Judge Sullivan,

      In reflecting on the influence Professor John Boughton has had and continues to have on my life, I must immediately acknowledge his promotion of a multifaceted, all-encompassing learning style. As one of my first professors at Goucher College, John not only introduced me to the theory of globalization but also presented an appreciation for education that I continue to value in each classroom, volunteer, and extracurricular learning experience. Before taking two consecutive courses in the International Scholars Program with John, I had neither witnessed nor understood the importance of personally connecting to classroom material. It was John who has shown me how the benefits of education multiply once you appreciate and apply classroom material both inside and outside the class.

      Throughout the fall and spring semesters of my Freshman year, I specifically remember John demonstrating the necessity to embrace educational theories and apply any corresponding principles throughout all realms of one's life. By continually incorporating examples of the ways in which our classroom topics of postcolonialism, globalization, and relativism directly impact our daily, twentieth-century lives, John has prompted me to embrace a deeper level of understanding of and interaction with course material. With his high standards for excellence, John continually challenges students to think critically about their education; such an encouragement to constantly question and explore one's surroundings and perspectives only reinforces the passion with which John approached each class period and each student in the classroom. Always humble and appreciative of my respect for him as a professor, mentor, and role model, John continually reinforces the importance of incorporating my individual viewpoint in my academic studies. His support for me as a student, a thinker, and an individual only echoes his presence as a respectful, engaged, and compassionate academic and personal influence on his students.

      Above all, this new level of constant academic inquiry reinforces John's continual influence on not only my learning but also my emotional and personal life. Just as his approach to learning does not end with the release of a class or the end of a semester, John's impact on me as a professor, mentor, and life educator has also proven to withstand the test of time. John has helped me become a student for life, an individual who is able to appreciate, recognize, and embrace learning opportunities in each and every moment of life. His multifaceted and layered appreciation for learning has remained with me throughout my college career and has provided me with a globally-oriented, socially-conscious, and politically-aware lens throughout which I interpret and interact with the world. John encourages a widespread and constant learning, one that emphasizes the collaboration of academic theory, personal experience, and emotional responses as necessary for a full understanding of the world's complex nature. Such a perspective on the interconnectedness of cultures, movements, theories, and individuals has empowered me with the consistent awareness of the world's endless opportunities for academic, emotional, and spiritual learning. For this, I am forever thankful.

Sincerely,
      Jill Bratt



GOUCHER COLLEGE

1021 Dulaney Valley Road
Baltimore, Maryland 21204-2794
(410) 337-6000
www.goucher.edu

April 16, 2009

Dear Judge Sullivan,

I would like to introduce myself to you. I am the secretary for the Van Meter Faculty at Goucher College, and in that role, I support 155 faculty members in the Humanities and Social Sciences. John Boughton was one of those members. I have known Professor Boughton for 8 years when he first came to teach as professor of history. John was instrumental in preparing an intensive program for our International Scholars Program. This program is a yearlong program for students with advanced academic skills. John was a perfect fit for this position. John's teaching was extraordinary and inspiring.

It is extremely hard for me to comprehend the accusations that John has been charged with. There must be some underlying facts that will certainly come to light during his trial that may assist in diminishing the charges. I pray for this. I have watched John grow as a teacher. All of the requests that were made from my office were returned promptly and with precise detail. I could tell that John spent time researching his data, and prepared his projects giving considerable attention to the collection and cataloging of his subject matter. This is my observation after viewing other faculty materials that I helped prepare. The students adore him and so do I. When my student workers talked about John and his classes, they described him as "awesome", "a very good sense of humor"," compassionate", "well prepared".

John must be agonizing over this because he has lost his teaching opportunities which he loved so much. Knowing John, I am sure that he is prepared to take his punishment; I am only asking that you try to reduce his sentence so that he can make amends in the world and re-train so that he can become a member of good standing in the community.

Respectfully submitted,

*Jamie Winter*

Jamie Winter
VM Faculty Secretary
Goucher College
1021 Dulaney Valley Road
Towson, MD 21204
410-337-6230
jwinter@goucher.edu



GOUCHER COLLEGE

1021 Dulaney Valley Road
Baltimore, Maryland 21204-2794
(410) 337-6000
www.goucher.edu

April 21, 2009

Dear Judge Sullivan,

I have been asked to write to substantiate the character of John Boughton. I am happy to do so.

I have known John for eight years, first as a colleague, and for the last four years as his supervisor at Goucher College. In early 2005, I recruited John to join a team of professors charged with creating a new academic program at the college. From that time to the present day, John has served the International Scholars Program with distinction and grace. I have asked him to perform a number of duties, ranging from course development to serving as acting director of ISP this past academic year. In each instance, John demonstrated his unwavering professionalism toward both colleagues and students. At all times, he comported himself with excellent judgment, understated grace, and an appropriate level of sensitivity. I had the good fortune of teaching with him last year, and it was one of the more stimulating team teaching experiences of my 22 years at Goucher College.

Over the past four years, in my capacity as Associate Dean of International Studies, I also engaged John's services as the director and co-director of three short-term courses, two to Prague, the Czech Republic, and one to London, England. In all three instances, John was directly responsible for not only the learning goals of the three week course, but also the students' safety and security. In all his endeavors on behalf of the office of International Studies, John served the students, the office, and the college well. Given the range of potential pitfalls of leading short-term courses overseas, I was indeed grateful for John's commitment to serving the needs of the program and college. Over the more than twenty faculty I have supervised in that role, I rank John in the top three of academic integrity, organizational acuity, and most importantly, for understanding the boundaries of his responsibilities.

To the extent that character matters in the sentencing process, I would urge you to take John's unflinching professionalism, sense of fair play, and service to his community into account.

Cordially,

Eric Singer
Associate Professor
Political Science and International Relations
(Formerly Associate Dean of International Studies)
Goucher College
Baltimore, MD 21204

45 Weston Park

Hornsey

London N89SY

8th April 2009

To Whom It May Concern

I have known John Boughton for many years as the boyfriend and then husband of my good friend Michele Grant, and as the stepfather of her son Ben. John and Michele were married from my house and it gave me great pleasure to see Michele, who had been left as a single mother by her previous partner, to find happiness with such a thoughtful and caring man. I was also pleased to see how Ben, who had been saddened by his father's departure, brighten up thanks to the steady reliable presence of John. It's a difficult business helping bring up another man's child and I was always impressed by the way John took a quiet back seat, but was always there when he was needed. As Ben realised that John would never let him down he became secure and cheerful and now has a childhood he can look back on happily. I spent family holidays Michele, John and Ben and they were happy times and I saw how well the three of them functioned as a family.

John was also a great support to Michele when her mother became a victim of Alzheimer's. This was a very difficult time. Mrs Grant became increasingly bewildered and the illness often made her cruel and unkind. John always understood how much of this was due to the Alzheimer's, was always patient with Mrs Grant and was a tower of strength to Michele and her sister through the long and trying years of their mother's illness.

I have always found John to be a thoughtful man who has taken his work in education very seriously. I have been very grateful in the past for the sound advice he has given on my own children's schooling and consider it a privilege to know him

Susan Jeffreys

16/04/2009

2706 Sycamore St.
Alexandria, VA 22305

April 24, 2009

Jon W Norris
503 D Street NW
Suite 250 The Webster Building
Washington DC, 20001


Dear Judge Sullivan

For the better part of 8 years I have enjoyed a close friendship with Michele Grant, and
therefore, by extension, her husband, John Boughton.  The three of us have shared meals
and conversations, and John and Michele have several times hosted me for overnight
visits - both at their home in Washington DC as well as for an extended stay in London
when they were temporarily assigned there in 2006.

In every interaction I've had with John, he has welcomed me warmly into his home,
extending generosity and gentlemanliness, as well as intellectually stimulating
conversation.   John has always made me feel welcome and during our interactions he's
displayed only kindness, integrity and generosity of spirit.  I've experienced John as
gentle, respectful and never possessing anything but the best of intentions in his treatment
of others.


Kind Regards,

Susan Paley