# EXHIBIT C

# Lawrence I. Sank
## Diplomate in Clinical Psychology

- Board Certified Clinical Psychologist (American Board of Professional Psychology)Diplomate,
- Maryland State Board of Examiners of Psychologists, License #717
- Certified Sex Therapist, American Association of Sexuality Educators, Counselors and Therapists (AASECT)
- Academy of Cognitive Therapy (ACT)--Founding Fellow
- American Board of Sexology (Diplomate)
- Behavior Therapy and Research Society--Clinical Fellow

## PSYCHOLOGICAL EVALUATION OF JOHN BOUGHTON, Ph.D.

### Diagnosis

Dr. Boughton suffers from a chronic mood disorder encompassing both anxiety and depression. Of particular interest to the court is that the anxiety manifests itself through a range of compulsive behaviors.

Dr. Boughton is, in many respects, a competent and highly functioning member of the community. He has achieved academic distinction and has enjoyed a long and accomplished career in the teaching profession. Yet these successes have been played out against a backdrop of pervasive anxiety and sadness which have also led to significant underachievement against what might be expected from a person of his abilities and which have given him a powerfully lowered sense of self-esteem which has, in turn, inhibited his social and professional performance and personal relationships.

Significant deafness in his early childhood years contributed to a sense of isolation and a lack of social confidence which he has never completely shed. He saw his father, his sole male role model, become hopeless, economically exploited and, eventually, psychiatrically incapacitated. Not long afterwards, his mother developed early-onset Alzheimer's Disease and Dr. Boughton experienced her long,

agonizing decline and early death and the loss of a previously very close and loving maternal relationship. In 2000, Dr Boughton moved to the US, giving up a stable career and recent promotion in order to support his wife's change in employment. The uncertain and sometime part-time nature of his adjunct professor's post in the US led to a debilitating loss of confidence and role. More recently, the loss of one sister to cancer and the near-fatal illness of his other sister have reinforced the depressive state which is a powerful psychological component of the chronic mood disorder I have diagnosed.

Dr. Boughton's anxiety is most apparent in ritualistic and compulsive behaviors often referred to as obsessive compulsive disorder (OCD). These can be seen in a variety of activities which have characterized his life from his childhood to the present. Early collecting behaviors (of soccer programs and a range of other items) enabled, for him, a retreat from a troubled and troubling world while providing a sense of security and control otherwise lacking in his life. Most damaging to Dr. Boughton was the later shift in the nature of these collecting behaviors when they became manifested in the collection and categorization of pornographic images. Over time, the majority of these images have been legal, adult images but more recently this compulsive behavior became associated with the collecting and categorization of child pornographic images as well. Overwhelmingly the most numerous of these were "soft-core" images of children collected and ordered in sets and series, almost exclusively from one site which he frequented habitually and to the exclusion of any wider seeking-out of other sources or other types of image. Adult images were similarly collected and categorized through this period. It seems relevant to the predominantly non-sexual nature of this behavior to note that there was no escalation in terms of the nature or severity of the images sought and collected; in fact, the nature of the images moderated over time.

This illegal and harmful behavior is quite rightly and understandably the concern of the legal process but it is important to emphasize that Dr. Boughton's obsessive compulsive disorder was manifest in a range of other (legal and less damaging) behaviors; for example, in the thoroughness and organization of his academic research and teaching materials, in the collection and organization of genealogical data,

in his compulsive checking of email and other non-pornographic websites, in ritualistic eating patterns, and so on.

These behaviors are not necessarily comforting or pleasurable to the patient. Rather they can be experienced as foreign, being compelled from within and out of control. Illustrative of the compulsive, driven nature of his acts was Dr. Boughton's relief when the pornographic website from which he downloaded these images was shut down. He was once again greatly relieved when the police came to confiscate his collection of images. Dr. Boughton reported a sense of liberation as he eagerly showed the police where to find the materials on his hard drive. This relief at being "found out" is very characteristic of the psychology of the compulsive collector not that of a criminal mind. Please note that the sufferer from OCD derives no joy from his collecting behaviors but only experiences some fleeting solace in the very brief moment of its completion.

## Treatment Program

Since he contacted me at the end of October, 2008, Dr. Boughton has participated very positively and constructively in a program designed to tackle the origins and dynamics of his compulsive disorder and, specifically, to curtail his downloading of pornographic images of children (the target behavior). Though the problematic behavior is easily described, the components of this behavior are quite entrenched and necessitated the employment of a multipronged approach.

*1. Insight/historical analysis.* Dr. Boughton was asked to look for recurring themes and unresolved issues relating to his mood problems and his distressed interpersonal relations. This uncovering process provides explanations for these problems areas and can point to more promising psychological strategies he might employ so as to alter his dysfunctional life adaptations to become more functional.

*2. Empathy training.* Dr. Boughton was asked to discuss and to write out the likely experiences of the victims of this crime.

2.a. These victims quite obviously included both the exploited children asked to engage in these harmful activities and, perhaps, the parent having to suffer their children's degradation.

2.b. In addition, Dr. Boughton was also asked to apply this model to the other victims of this crime most particularly his spouse. This circle of hurt was extended to include his and his spouse's extended family, friends, students and colleagues.

*3. Covert sensitization.* Dr. Boughton has been instructed to construct in great detail, scenarios in which he would imagine himself engaged in the forbidden acts. Each scenario would, culminate in a catastrophic event. These aforementioned noxious events would include being discovered by his wife, being revealed to neighbors and friends, being raided, arrested, and incarcerated by police, being unmasked in front of teaching colleagues, administrators and students, etc. Each scenario would be somewhat varied both in terms of the details of the forbidden behavior and the aversive outcomes. Dr. Boughton was instructed to not merely *watch* himself as he constructed these circumstances but to enhance the imagined details such that he *experienced* these events as they unfolded in his mind.

*4. Behavioral intervention and assertion.* Dr. Boughton was asked to engage in behaviors that challenged long-established dysfunctional patterns of behavior. These included work habits, pornography use, interpersonal interactions with his spouse, friends, family and those less intimately associated with him.

*5. Cognitive change.* Dr. Boughton's mood and behavioral disturbances - his anxiety, his depression, his dysfunctional and sometimes illegal compulsive behaviors, his disturbed interpersonal relations and professional underachievement - all have an underpinning of distorted cognitions (thoughts). Utilizing historical as well as current analysis of Dr. Boughton's functioning this cognitive approach seeks to address the distorted processing of present and past thoughts and to shift them to a more rational

approach to living his life. This alteration in the processing mode (analogous to rewriting software code) results in changes of mood (diminution of anxiety and depression) and behavior (improved interpersonal functioning, professional functioning, elimination of compulsive and ritualistic behaviors).

Whilst I see no likelihood of Dr Boughton resuming an interest in child pornography, the treatment for his underlying mood disorder is on-going. These modalities are all brought forward as he progresses in his program of recovery. After six months I estimate that we are on track for what should, ideally, be at least a two-year course of intensive treatment to be followed up by regular (monthly, then less often) contacts over several years. Of course I understand that this projected course of treatment could not proceed given the ongoing judicial process.

### Cooperation in Treatment

Dr. Boughton is an earnest and eager participant in his psychotherapy and much has been achieved. Inevitably, the very difficult circumstances currently surrounding Dr. Boughton have meant we have not been able to make as full a progress as I would have liked. There have been enormous disruptions in his life. These disruptions include his arrest, charging, and impending incarceration, also the profound strain on Dr. Boughton's marriage, the loss of his job and, likely, his career, the sale of his home, and his profound sense of remorse and humiliation. Secondly, Dr. Boughton has encountered significant financial strain, thus reducing the optimal frequency of treatment.

### Response to Treatment

Dr. Boughton's response to the various components of his treatment program has been very positive given the constraints of duration (less than six months), the aforementioned intervening life disruptive

events and financial limitations.

*1. Insight.* Dr. Boughton has shown a willingness, even eagerness, to engage in the intellectual and emotional understanding of his disorders. He has seen the roots of his problems despite experiencing considerable emotional distress during the process.

*2. Empathy training.* This process, which, incidentally, has been used extensively with predatory sexual offenders to good effect was very helpful for Dr. Boughton. (Please let me assure you that Dr. Boughton is not and has never been a sexual predator.) He developed multiple scenarios and conscientiously practiced them as a means of weakening any sense that his activities were harmless.

*3. Covert sensitization.* These exercises, a logical extension of empathy training, were a powerful means of discouraging the illegal activity as Dr. Boughton gained a conditioned aversion to his prior activities. Rather than seeing these images as attractive, our goals were to toxify these behaviors. This is analogous to applying a psychic electric shock but it requires the patient's cooperation and ingenuity to develop powerfully vivid images and novel scenarios to avoid his becoming numbed to the process. Dr. Boughton was very cooperative in this treatment component and seemed to gain significant benefit.

4. *Behavioral.* The ability to employ some of these components was impeded by real-life events: in particular no job and no computer access. However with what areas for intervention that could remain Dr. Boughton showed very positive growth in improved engagement with his spouse, family, friends and colleagues. He and his spouse are actively engaged in couples counseling which, they report to be very positive and which will, I believe, be a powerful component in his recovery. Dr. Boughton is also doing volunteer work with an organization supporting seniors in his local community.

*5. Cognitive.* Dr. Boughton has worked well in this area but both he and I understand that there remains more work to be done as we tackle the significant level of distorted thinking that underlies his mood disorders. This area of treatment is key to sustained improvement and full functioning. Dr. Boughton was and is a willing participant and should, given his powerful intellect, be able to make significant gains. Whilst, in overwhelming respects, recent events have been catastrophic for him, Dr. Boughton has nevertheless expressed the sincere belief that there has been a necessary rupture with past beliefs and actions which he is confident will be permanent.

## Future Treatment Recommendations

As stated, Dr. Boughton's treatment program is not yet complete. I recognize the limitations of access to professional care within the penal system, especially with regards to access to professionals with special expertise in treating this kind of disorder. However, I would urge the authorities to bear in mind the benefits to society as well as to Dr. Boughton and his family were the court to allow his disorder to be treated as opposed to placing him in storage until a release date. This period of inattention is not the equivalent of a "pause button". Therapeutic advances are likely to be lost proportional to the amount of time Dr. Boughton is incarcerated, i.e., the longer the imprisonment, the greater the loss. Early return to the UK, to which his wife is being relocated by her employer and where he will be among a close network of family and friends who have already shown themselves supportive, would also be very beneficial to his complete recovery and rehabilitation.

I recognize society's need to see that lawbreakers are swiftly and severely punished, particularly those who enter the realm of sexual malfeasance. But Dr. Boughton is not and never has been a sexual predator; he poses no danger to the community, nor did he. He unwittingly and compulsively downloaded materials which he never distributed nor had any intention to. Dr. Boughton's significant error in judgment was driven by a pervasive, underlying disorder which can be and is being treated. This disorder is only tangentially sexual and even less related to illegal sexual activity. He suffers from

an anxiety and a depressive disorder with strong historical underpinnings that only coincidentally touched on the illegal. He meant no harm to anyone, least of all the child victims. He was in the grasp of a compulsive (anxiety driven) disorder that would not release him. Ironically he has many times expressed gratitude that the website from which he downloaded these images was taken down so as to "liberate" him (Dr. Boughton's term). He even expressed "relief" (again, Dr. Boughton's word) that the police came to force him to reveal his secret.

## Conclusion

In conclusion, I would urge the court to recognize the nature of Dr. Boughton's disorder. He is depressed and anxious and compulsed. He is not a sexual predator nor danger to society. Dr. Boughton recognizes the magnitude of his crime and is sincerely remorseful both for the harm this has inflicted upon the children involved, their families, and on his own family, friends and community. Dr. Boughton has made a concerted effort to understand both the damage he has done and the origins of his disorder. He has also endeavored to address his disturbance in the context of vigorously pursuing treatment for his condition. The likelihood of any recurrence of his crime is significantly low especially with ongoing, focused, systematic and competent treatment. I sincerely hope this will be allowed to continue through the court's and penal system's good offices. Should his treatment be disrupted I fear he may slide back into his self-destructive anxious and depressed states. Neither the community, the victims nor Dr. Boughton will benefit from throwing him back into his pre-treatment state.