# EXHIBIT D

Dear _____,

I am one of the men who has downloaded the images of your abuse as a young child. I am currently awaiting sentencing and will be going to prison shortly. I'm sure it is distressing to receive this letter and the reminder of what has happened to you but I hope you will be able to read further.

Firstly, simply and sincerely, I want to say I am deeply sorry for what I did. What happened to you as a child was very, very wrong. What I did in viewing those images was also very, very wrong. "Sorry" is a small word in response to the pain you have suffered and still suffer but, if you can, believe me when I say I regret so much what I did.

In your testimony, you wrote about the "shame" you feel for what happened and the "shame" you feel knowing that the evidence of your abuse is still being circulated and viewed. Please do not feel any shame. You were — and are — innocent. It is only the people who abused you and the people who have watched that abuse who should feel shame — deep shame and remorse.

I know what I did was wrong and your testimony brought that home to me even more strongly and personally. You have been incredibly brave in talking about your feelings in this way and in confronting the men who have abused and exploited

you. I know this is still very painful for you but you should be proud of the strength you have shown. And you should know that talking about your experience and pain in the way you have really does make a difference. I hope, in some small way, it makes you feel better about yourself now and I truly believe your speaking out will prevent more children suffering in the future.

Since all this came out for me, I have had a lot of psychotherapy and I have thought very deeply about what led me to this dark place. I think I understand now what led me to do what I did and I promise you — and all the other victims of child pornography — that I will never, ever repeat it. I will be punished — and that is right — and I will be only the good and decent person I should be in the future. Thank you for strengthening my resolve in that.

I wish you all the peace and happiness you truly deserve in your future life.

Yours very sincerely,

*[signature]*

John Boughton