# EXHIBIT E

# JOHN BOUGHTON

## EDUCATION

| | | |
|---|---|---|
| 1978-1981 | **University of Manchester** | |
| | BA (Hons) First Class | |
| 1979 | | Mark Howell Memorial and Shuttleworth History Prize |
| 1980 | | History Prize for Outstanding Academic Achievement |
| 1981 | | History Prize for Best Graduating Student |

1981-1985  **University of Warwick**
PhD in Social History

1987-1988  **Institute of Education, University of London**
Post-Graduate Certificate in Education

1999  **Institute of Education, University of London**
Certificate in Online Education and Training,

2000  **EDEXCEL**
Certificate in Educational Management,

## EMPLOYMENT

1985-1987  **Norwich City Council**
1985-1986  Research Assistant to Chief Executive
1986-1987  Administrative Officer, Norwich Advice Services (providing social security, housing and consumer advice)

1988-2000  **Peter Symonds College, Winchester**
1988-2000  Teacher of History and Politics
1998-2000  Head of Access (teaching and coordinating a program to place non-traditional adult learners into Higher Education)

2000-2009  **Goucher College, Baltimore**
Visiting Assistant Professor of History

## PUBLICATIONS

1995  "Liberalism and the Rise of Labour"
1998  "Stalin and Stalinism in the 1930s"
    (Interactive, educational CD-roms published by **Anglian-Campus** software)

1998  "Working Class Conservatism and the Rise of Labour: a Case-study of Birmingham in the 1920s", **The Historian**, vol 59, 1998

2003   Articles on the London Workingmen's Association, Peterloo, Chartism, the Osborne Judgement and the 1926 General Strike, Neil Schlager (ed), **St James Encyclopedia of Labor History Worldwide**, St James Press, 2003

2007   "From Comintern to the Council on Foreign Relations: the Ideological Journey of Michael Ross", **Labor History**, vol 48, no 1, February 2007

## CIVIC AND COMMUNITY SERVICE

1977 - 1978   Community Service Volunteer, Manor House Community Care Centre, Leeds, UK

1985 – 1987   Trade Union representative, Norwich City Council, UK

1992 – 2000   Trade Union representative, Peter Symonds College, UK

1994 – 1998   Elected Member of Winchester City Council, UK

2008 –present   Volunteer, Senior Connection, assisting seniors in Maryland and DC