FILED

JUL 29 2009

Clerk, U.S. District and
Bankruptcy Courts

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| UNITED STATES OF AMERICA | : |
| --- | --- |
| v. | : |
|  | : CRIMINAL NO. 09-cr-00084 (EGS) |
| JOHN BOUGHTON, | : |
| Defendant. | : |

## CONSENT ORDER OF FORFEITURE

WHEREAS a written plea agreement was filed with this Court and signed by defendant JOHN BOUGHTON (hereinafter "BOUGHTON") and his counsel, Jon W. Norris, in which BOUGHTON agreed to plead guilty to a felony violation, that is, possessing material constituting or containing child pornography, in violation of Title 18, United States Code, Section 2252A(a)(5)(B);

WHEREAS in his plea agreement, BOUGHTON expressly agreed and consented to the entry of an Order of Forfeiture under Fed. R. Crim. P. 32.2(b)(2), regarding the following "Subject Property" which was seized during the execution of a search warrant at xxxx 33rd Street, N.W. Washington, D.C. on October 30, 2008, specifically: Dell XPS laptop computer; 4 thumbdrives; Sandisk external hard drives; 27 Media-CDs and DVSs; Dell laptop computer; 2 AHP Pavilion CPUs; Seagate external hard drive; Palm Pilot; Compaq Deskpro CPU; and Sony Palm. BOUGHTON agrees that the Subject Property is subject to forfeiture, pursuant to Title 18, United States Code, Section 2253, as any book, magazine, periodical, film, videotape, or other matter which contains any such visual depictions, described in Title 18, United States Code, Section 2252A, which were produced, transported, mailed, shipped, or received in violation of

the chapter; and/or that constituted or was traceable to gross profits or other proceeds obtained from such offense; and/or property that was used or intended to be used to commit or to promote the commission of the offense set forth above; and

WHEREAS the Court has determined, based on the evidence set forth during BOUGHTON's guilty plea hearing, that forfeiture of the Subject Property is appropriate pursuant to Title 18, United States Code, Section 2253, and that the Government has established the requisite connection between the Subject Property and the violation of Title 18, United States Code, Section 2252A;

NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED:

1. That the following Subject Property is declared forfeited to the United States, pursuant to Title 18, United States Code, Section 2253:

**SUBJECT PROPERTY**:

(a) Dell XPS laptop computer;

(b) 4 thumbdrives;

(c) Sandisk external hard drives;

(d) 27 Media-CDs and DVSs; Dell laptop computer;

(e) 2 AHP Pavilion CPUs; Seagate external hard drive;

(f) Palm Pilot;

(g) Compaq Deskpro CPU; and

(h) Sony Palm

which were seized during the execution of a search warrant at xxxx 33rd Street, N.W. Washington, D.C. on October 30, 2008, as any book, magazine, periodical, film, videotape, or

other matter which contains any such visual depictions, described in Title 18, United States Code, Section 2252A, which were produced, transported, mailed, shipped, or received in violation of the chapter; and/or that constituted or was traceable to gross profits or other proceeds obtained from such offense; and/or property that was used or intended to be used to commit or to promote the commission of the offense set forth above.

2. The Court shall retain jurisdiction to enforce this Order, and to amend it as necessary, pursuant to Fed. R. Crim. P. 32.2(e).

3. The United States may publish notice of the Order and its intent to dispose of the Subject Property in such a manner as the Attorney General (or a designee) may direct. The United States may also, to the extent practicable, provide written notice to any person known to have an alleged interest in the Subject Property. No such notice is required to the extent that this Order consists solely of a money judgment against the defendant. Rule 32.2(c)(1). Any person, other than the above named defendant, asserting a legal interest in the Subject Property may, within thirty days of the final publication of notice or receipt of notice, whichever is earlier, petition the Court for a hearing without a jury to adjudicate the validity of his alleged interest in the Subject Property, and for an amendment of this Consent Order of Forfeiture, pursuant to Title 18, United States Code, Section 2253(b) (incorporating Title 21, United States Code, Section 853).

4. Any petition filed by a third party asserting an interest in the Subject Property shall be signed by the petitioner under penalty of perjury and shall set forth the nature and extent of the petitioner's right, title, or interest in the Subject Property, the time and circumstances of the petitioner's acquisition of the right, title or interest in the Subject Property, any additional

facts supporting the petitioner's claim, and the relief sought.

5. After the disposition of any motion filed under Fed. R. Crim. P. 32.2(c)(1)(A) and before a hearing on the petition, discovery may be conducted in accordance with the Federal Rules of Civil Procedure upon a showing that such discovery is necessary or desirable to resolve factual issues.

6. The United States shall have clear title to the Subject Property following the Court's disposition of all third-party interests, or, if none, following the expiration of the period provided in Title 21, United States Code, Section 853 for the filing of third party petitions.

7. Pursuant to Fed. R. Crim. P. 32.2(b)(3), this Consent Order of Forfeiture shall become final as to the defendant at the time of sentencing and shall be made part of the sentence and included in the judgment. If no third party files a timely claim, this Order shall become the Final Order of Forfeiture, as provided by Fed. R. Crim. P. 32.2(c)(2).

8. The Clerk of the Court shall forward four certified copies of this Order to Assistant United States Attorney Michelle Zamarin, Federal Major Crimes Section, 555 Fourth Street, NW, Washington, D.C. 20530.

Dated this 27th day of July, 2009.

_____
UNITED STATES DISTRICT JUDGE

WE ASK FOR THIS:

CHANNING D. PHILLIPS, D.C. Bar #415793
ACTING UNITED STATES ATTORNEY

By: /s/ Michelle Zamarin
MICHELLE ZAMARIN, D.C. Bar #424740
Assistant United States Attorneys
Federal Crimes Section
555 Fourth Street, NW
Washington, D.C. 20530
(202) 305-2195
michelle.zamarin@usdoj.gov

JOHN BOUGHTON
Defendant

JON W. NORRIS, ESQUIRE
Counsel for Defendant Boughton