EMMET G. SULLIVAN
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ORDER TO SURRENDER

**FILED**

NOV 4 - 2009

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**UNITED STATES OF AMERICA**

vs.

John Boughton      Docket No.: **1:09cr084-01**

TO:   DIRECTOR, FEDERAL BUREAU OF PRISONS

It is hereby **ORDERED** that **John Boughton** having been sentenced, on 07/29/2009, in the above case to the custody of the Bureau of Prisons, surrender himself to the Bureau of Prisons by reporting to CI Rivers, in Winton, NC by 2 p.m., on November 19, 2009.

11/4/09
Date

EMMET G. SULLIVAN
UNITED STATES DISTRICT JUDGE

**ACKNOWLEDGMENT:** I agree to report as directed in this Order and understand that if I fail to do so, I may be cited for Contempt of Court, and if convicted of this offense, may be punished by imprisonment or fine, or both.

ATTORNEY/U.S. PROBATION OFFICER      DEFENDANT

Revised 6-2004